**Opinion issued July 2, 2026**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-26-00558-CV**

———————————

## IN RE SAMMY LEE HAYNES, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE ESTATE OF SHARON J. HAYNES, DECEASED, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On May 26, 2026, relator, Sammy Lee Haynes, individually and as Independent Executor of the Estate of Sharon J. Haynes, deceased, filed a petition for writ of mandamus challenging the trial court's May 20, 2026 order denying relator's motion to abate or, alternatively, plea to the jurisdiction.[1]

---

[1] The underlying case is *Sammy Lee Haynes, Individually and as Independent Executor of the Estate of Sharon J. Haynes, Deceased v. Richard Alton Shuman, as*

In its order challenged by relator, the trial court set the underlying case for a jury trial on May 27, 2026. In connection with his petition for writ of mandamus, relator also filed a "Motion for Emergency Stay." In the motion, relator requested that the Court stay all proceedings in the trial court, specifically, the jury trial setting, pending this Court's review of relator's petition for writ of mandamus. On May 27, 2026, the Court requested a response to relator's Motion for Emergency Stay from real parties in interest, Richard Alton Shuman, as Independent Executor of the Estate of R.L. Shuman, also known as Richard Leon Shuman, deceased, and Kurt Douglas Fraser, as Independent Executor of the Estate of E. Marlene Shuman, deceased, and stayed the trial court proceedings pending the response to relator's motion. No response was filed.

We conclude that relator has failed to establish that he is entitled to mandamus relief, and therefore, the Court lifts the stay imposed by our May 27, 2026 order and denies relator's petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Caughey, Johnson, and Dokupil.

---

*Independent Executor of the Estate of R.L. Shuman a/k/a Richard Leon Shuman, Deceased, and Kurt Douglas Fraser, as Independent Executor of the Estate of E. Marlene Shuman, Deceased*, Cause No. 1242102, in the County Civil Court at Law No. 4 of Harris County, Texas, the Honorable Manpreet Monica Singh presiding